# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAUL MUHAMMAD | § | Case No. 15-21369 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/20/2015 . The undersigned trustee was appointed on 06/20/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 39,685.98 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 29,616.03 |
| Bank service fees | | 34.94 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 10,035.01 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/12/2016 and the deadline for filing governmental claims was 12/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,718.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 800.00, for a total compensation of $ 800.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 0.00, for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2017        By: /s/KAREN R. GOODMAN
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-21369 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | PAUL MUHAMMAD | | | | Date Filed (f) or Converted (c): | 06/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2015 |
| For Period Ending: | 10/16/2017 | | | | Claims Bar Date: | 02/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7200 S Peoria, Chicago, IL 60617 | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare with silver leaf | 0.00 | 0.00 | | 0.00 | FA |
| 3. 853-855 W 72nd, Chicago, IL | 30,000.00 | 79,000.00 | | 39,685.98 | FA |
| 4. Vacant Lots 2 Saint Anne | 1,000.00 | 400.00 | | 0.00 | FA |
| 5. Bank of America Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 6. CPFCU | 100.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. PNC Business Account | 0.00 | 0.00 | | 0.00 | FA |
| 9. PNC Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 10. PNC Bank Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 11. CPFCU Business Account | 0.00 | 0.00 | | 0.00 | FA |
| 12. Chase Bank Checking Account  Imported from original petition Doc# 1 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 13. Chase Bank Savings Account  Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 14. Household Items | 500.00 | 0.00 | | 0.00 | FA |
| 15. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 16. 2 rifles 1 hand gun | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. 2002 Ford F150 219 K | 3,000.00 | 600.00 | | 0.00 | FA |
| 18. 1991 Jeep Cherokee 200K Miles not running | 500.00 | 500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $88,800.00          $82,500.00                              $39,685.98          $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Closing on property at 853-55 W. 72nd St., Chicago occurred on 4/26/17. Funds held in escrow have been refunded to Trustee. Review claims and file TFR.

Initial Projected Date of Final Report (TFR): 06/30/2017          Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-21369 | Trustee Name: KAREN R. GOODMAN |
| Case Name: PAUL MUHAMMAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3367 |
| | Checking |
| Taxpayer ID No: XX-XXX0181 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/17 | | Chicago Title and Trust Co.<br>820 Parkview Boulevard<br>Lombard, IL 60148 | Real estate sale per court order | | $5,883.97 | | $5,883.97 |
| | | | Gross Receipts  $35,500.00 | | | | |
| | | | Seller Credit for Water and Sewer  ($140.75) | 2500-000 | | | |
| | | | County Taxes 7/1/16 to 12/31/16  ($1,389.27) | 2820-000 | | | |
| | | | County Taxes 1/1/17 to 4/26/17  ($981.16) | 2820-000 | | | |
| | | | Commitment Update Fee to Chicago Title  ($125.00) | 2500-000 | | | |
| | | | CPL Fee to Buyer to Chicago Title  ($50.00) | 2500-000 | | | |
| | | | Escrow Fees to Chciago Title  ($510.00) | 2500-000 | | | |
| | | | Open Item Tax Bill Payment Service Fee to Chicago Title  ($75.00) | 2500-000 | | | |
| | | | Tax Payment Service Fee to Chicago Title  ($50.00) | 2500-000 | | | |
| | | | Title Indemnity Fee to Chicago Title  ($175.00) | 2500-000 | | | |
| | | | TI for 2015 Cook Co. Taxes to CTC-Transfer  ($7,860.00) | 2500-000 | | | |
| | | | Owner's Title Insurance to Chicago Title  ($1,190.00) | 2500-000 | | | |
| | | | City Transfer Tax to MYDEC Chicago Transfer Stamps  ($106.50) | 2500-000 | | | |
| | | | County Transfer Tax to MYDEC Cook County Transfer Stamps  ($17.75) | 2500-000 | | | |
| | | | State Transfer Tax to MYDEC Cook County Transfer Stamps  ($35.50) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $5,883.97    $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit B

| | |
|---|---|
| Case No: 15-21369 | Trustee Name: KAREN R. GOODMAN |
| Case Name: PAUL MUHAMMAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3367 |
| | Checking |
| Taxpayer ID No: XX-XXX0181 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | 1st Installment 2016 Cook Co. Taxes to ACH Cook County Taxes - 6 months | ($1,748.94) | 2820-000 | | |
| | | | 2012 Open Item Tax Bill 2nd Installment ot Cook County Collector | ($1,639.21) | 2500-000 | | |
| | | | 2013 Open Item Tax Bill 1st Installment to Cook County Collector | ($2,321.97) | 2500-000 | | |
| | | | 2013 Open Item Tax Bill 2nd Installment to Cook County Collector | ($1,818.78) | 2500-000 | | |
| | | | 2014 Open Item Tax Bill 1st Installment to Cook County Collector | ($2,065.67) | 2500-000 | | |
| | | | 2014 Open Item Tax Bill 2nd Installment to Cook County Collector | ($1,677.32) | 2500-000 | | |
| | | | Commission to Sir Sid Realty, Ltd. | ($2,130.00) | 3510-000 | | |
| | | | Duplicate Tax Bill Fee to ACH Cook County Taxes | ($7.00) | 2500-000 | | |
| | | | Water Cert. R/I to Taft Stettinius & Hollister | ($3,381.21) | 2500-000 | | |
| | | | Zoning Cert R/I to Taft Stettinius & Hollister | ($120.00) | 2500-000 | | |
| | 3 | | 853-855 W 72nd, Chicago, IL | $35,500.00 | 1110-000 | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,873.97 |
| 06/28/17 | 3 | Chicago Title and Trust Company 10 South La Salle Street, Suite 2850 Chicago, IL 60603 | Payment of funds held in escrow from sale of 853-55 W. 72nd St., Chicago | | 1110-000 | $4,185.98 | | $10,059.95 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $10,049.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $4,185.98          $20.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-21369 | Trustee Name: KAREN R. GOODMAN |
| Case Name: PAUL MUHAMMAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3367 |
| | Checking |
| Taxpayer ID No: XX-XXX0181 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.94 | $10,035.01 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,069.95 | $34.94 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,069.95 | $34.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,069.95 | $34.94 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*            Page Subtotals:            $0.00            $14.94

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3367 - Checking | $10,069.95 | $34.94 | $10,035.01 |
|  | $10,069.95 | $34.94 | $10,035.01 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $29,616.03 |
| Total Net Deposits: | $10,069.95 |
| Total Gross Receipts: | $39,685.98 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-21369-TAB  
Debtor Name: PAUL MUHAMMAD  
Claims Bar Date: 2/12/2016  

Date: October 18, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | Administrative | | $0.00 | $800.00 | $800.00 |
| 100 2200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3110 | TAFT STETTINIUS &<br>HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $1,312.50 | $1,312.50 |
| 100 3120 | TAFT STETTINIUS &<br>HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $232.44 | $232.44 |
| 100 3410 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES<br>205 WEST RANDOLPH STREET,<br>SUITE 1150<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $500.00 | $500.00 |
| 100 3420 | ALAN D. LASKO<br>ALAN D. LASKO &<br>ASSOCIATES<br>205 WEST RANDOLPH STREET,<br>SUITE 1150<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $24.40 | $24.40 |
| 1 300 7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>FIRST DATA GLOBAL<br>LEASING<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Unsecured | | $0.00 | $2,230.06 | $2,230.06 |
| 2 300 7100 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>SUCCESSOR TO CAPITAL ONE,<br>N.A.<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $1,145.66 | $1,145.66 |
| 3 300 7100 | CHICAGO PATROLMEN"S<br>FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $12,467.96 | $12,467.96 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-21369-TAB  
Debtor Name: PAUL MUHAMMAD  
Claims Bar Date: 2/12/2016  

Date: October 18, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $152,006.40 | $152,006.40 |
| 6<br>300<br>7100 | CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>UTILITY BILLING AND CUSTOMER SERVICE<br>PO BOX 6330<br>CHICAGO, IL 60680 | Unsecured | | $0.00 | $7,640.56 | $7,640.56 |
| 7<br>300<br>7100 | CARL WAHLSTROM MD<br>307 N MICHIGAN AVE SUITE 1008<br>CHICAGO, IL 60601-5310 | Unsecured | | $0.00 | $280.00 | $280.00 |
| 8<br>300<br>7100 | CHASE BANK USA, N.A.<br>ATTN: CORRES. DEPT.<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Unsecured | Creditor filed Notice of Withdrawal of Claim as Doc. #44 on 2/14/17 | $0.00 | $16,011.08 | $0.00 |
| 5<br>400<br>4110 | CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>UTILITY BILLING AND CUSTOMER SERVICE<br>PO BOX 6330<br>CHICAGO, IL 60680 | Secured | Claim withdrawn on 8/25/17 as paid | $0.00 | $1,882.98 | $0.00 |
| | Case Totals | | | $0.00 | $196,534.04 | $178,639.98 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-21369
Case Name: PAUL MUHAMMAD
Trustee Name: KAREN R. GOODMAN

Balance on hand $ 10,035.01

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 800.00 | $ 0.00 | $ 800.00 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 1,312.50 | $ 0.00 | $ 1,312.50 |
| Attorney for Trustee Expenses: TAFT STETTINIUS & HOLLISTER LLP | $ 232.44 | $ 0.00 | $ 232.44 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 500.00 | $ 0.00 | $ 500.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 24.40 | $ 0.00 | $ 24.40 |

Total to be paid for chapter 7 administrative expenses $ 2,869.34

Remaining Balance $ 7,165.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 175,770.64  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 2,230.06 | $ 0.00 | $ 90.91 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,145.66 | $ 0.00 | $ 46.71 |
| 3 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | $ 12,467.96 | $ 0.00 | $ 508.28 |
| 4 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | $ 152,006.40 | $ 0.00 | $ 6,196.87 |
| 6 | CITY OF CHICAGO DEPARTMENT OF FINANCE | $ 7,640.56 | $ 0.00 | $ 311.48 |
| 7 | CARL WAHLSTROM MD | $ 280.00 | $ 0.00 | $ 11.42 |
|   | Total to be paid to timely general unsecured creditors |   |   | $ 7,165.67 |

  Remaining Balance                     $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE