# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PAUL MUHAMMAD | § | Case No. 15-21369 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 39,100.00                     Assets Exempt: 19,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,165.67      Claims Discharged
                                                Without Payment: 614,281.25

Total Expenses of Administration: 32,520.31

---

3) Total gross receipts of $ 39,685.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 39,685.98 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 216,072.71 | $ 1,882.98 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,520.31 | 32,520.31 | 32,520.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 229,603.57 | 191,781.72 | 175,770.64 | 7,165.67 |
| **TOTAL DISBURSEMENTS** | $ 445,676.28 | $ 226,185.01 | $ 208,290.95 | $ 39,685.98 |

    4) This case was originally filed under chapter 7 on 06/20/2015 . The case was pending for 30 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017    By:/s/KAREN R. GOODMAN
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 853-855 W 72nd, Chicago, IL | 1110-000 | 39,685.98 |
| **TOTAL GROSS RECEIPTS** | | **$39,685.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Patrolmans Fcu<br>1359 W Washington Blvd<br>Chicago, IL 60607 | | 210,989.00 | NA | NA | 0.00 |
| | City of Chicago Department of Water Finance<br>P.O. Box 6330<br>Chicago, IL 606806330 | | 362.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Department of Water Finance P.O> Box 6330 Chicago, IL 606806330 | | 406.48 | NA | NA | 0.00 |
| | Cook County Treasurer P.O. Box 4488 Carol Stream, IL 601974488 | | 600.00 | NA | NA | 0.00 |
| | Scotts Credit Union 101 Credit Union Way Edwardsville, IL 62025 | | 1,400.00 | NA | NA | 0.00 |
| | Silverleaf Club P.O> Box 359 Dallas, TX 75221 | | 2,314.98 | NA | NA | 0.00 |
| 5 | CITY OF CHICAGO DEPARTMENT OF FINANCE | 4110-000 | NA | 1,882.98 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 216,072.71 | $ 1,882.98 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 800.00 | 800.00 | 800.00 |
| KAREN R. GOODMAN | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Chicago Title and Trust Co. | 2500-000 | NA | 23,366.66 | 23,366.66 | 23,366.66 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | NA | 34.94 | 34.94 | 34.94 |
| Chicago Title and Trust Co. | 2820-000 | NA | 4,119.37 | 4,119.37 | 4,119.37 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 1,312.50 | 1,312.50 | 1,312.50 |
| TAFT STETTINIUS & HOLLISTER LLP | 3120-000 | NA | 232.44 | 232.44 | 232.44 |
| ALAN D. LASKO | 3410-000 | NA | 500.00 | 500.00 | 500.00 |
| ALAN D. LASKO | 3420-000 | NA | 24.40 | 24.40 | 24.40 |
| Chicago Title and Trust Co. | 3510-000 | NA | 2,130.00 | 2,130.00 | 2,130.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 32,520.31 | $ 32,520.31 | $ 32,520.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept of Healthcare & Family Services P.O. Box 19405 Springfield, IL 62794 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Data 4000 Coral Ridge Drive Coral Springs, FL 33065 | | 1,780.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 20,537.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 6,663.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 1,145.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carl Wahlstrom MD<br>307 N Michigan Ave Suite 1008<br>Chicago, IL 606015310 | | 280.00 | NA | NA | 0.00 |
| | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | 16,011.00 | NA | NA | 0.00 |
| | Chicago Patrolmans Fcu<br>1359 W Washington Blvd<br>Chicago, IL 60607 | | 9,646.00 | NA | NA | 0.00 |
| | City of Chicago C/o Markoff & Krasny<br>29 N Wacker Suite 550<br>Chicago, IL 60606 | | 1,040.00 | NA | NA | 0.00 |
| | Com Ed<br>P.O. Box 6111<br>Carol Stream, IL 601976111 | | 161.05 | NA | NA | 0.00 |
| | Edfinancial Svcs<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 | | 43,856.00 | NA | NA | 0.00 |
| | Edfinancial Svcs<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922 | | 34,170.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | | 4,106.00 | NA | NA | 0.00 |
| | Elan Financial Service<br>Po Box 790084<br>Saint Louis, MO 63179 | | 4,105.00 | NA | NA | 0.00 |
| | Lincoln Automotive Fin<br>12110 Emmet St<br>Omaha, NE 68164 | | 18,823.00 | NA | NA | 0.00 |
| | M3 Financial Services<br>10330 W Roosevelt Rd S-2<br>Westchester, IL 60154 | | 11.00 | NA | NA | 0.00 |
| | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | | 951.00 | NA | NA | 0.00 |
| | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | 3,486.00 | NA | NA | 0.00 |
| | People Gas<br>130 E Randolph Drive<br>Chicago, IL 60602 | | 59.85 | NA | NA | 0.00 |
| | Peoplesene<br>130 E. Randolph Drive<br>Chicago, IL 60601 | | 3,795.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank P.O. Box 856177 Louisville, KY 402856177 | | 42,621.67 | NA | NA | 0.00 |
| | Regions Bankcard 2050 Parkway Office Cir Hoover, AL 35244 | | 16,241.00 | NA | NA | 0.00 |
| | Vanguard Medical Group 909 Hidden Ridge Road Suite 300 Irving, TX 750383801 | | 115.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,230.06 | 2,230.06 | 90.91 |
| 7 | CARL WAHLSTROM MD | 7100-000 | NA | 280.00 | 280.00 | 11.42 |
| 8 | CHASE BANK USA, N.A. | 7100-000 | NA | 16,011.08 | 0.00 | 0.00 |
| 3 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 7100-000 | NA | 12,467.96 | 12,467.96 | 508.28 |
| 4 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION | 7100-000 | NA | 152,006.40 | 152,006.40 | 6,196.87 |
| 6 | CITY OF CHICAGO DEPARTMENT OF FINANCE | 7100-000 | NA | 7,640.56 | 7,640.56 | 311.48 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,145.66 | 1,145.66 | 46.71 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 229,603.57 | $ 191,781.72 | $ 175,770.64 | $ 7,165.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-21369 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | PAUL MUHAMMAD | | | | Date Filed (f) or Converted (c): | 06/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 08/04/2015 |
| For Period Ending: | 12/05/2017 | | | | Claims Bar Date: | 02/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7200 S Peoria, Chicago, IL 60617 | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. Timeshare with silver leaf | 0.00 | 0.00 | | 0.00 | FA |
| 3. 853-855 W 72nd, Chicago, IL | 30,000.00 | 79,000.00 | | 39,685.98 | FA |
| 4. Vacant Lots 2 Saint Anne | 1,000.00 | 400.00 | | 0.00 | FA |
| 5. Bank of America Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 6. CPFCU | 100.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 8. PNC Business Account | 0.00 | 0.00 | | 0.00 | FA |
| 9. PNC Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 10. PNC Bank Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 11. CPFCU Business Account | 0.00 | 0.00 | | 0.00 | FA |
| 12. Chase Bank Checking Account  Imported from original petition Doc# 1 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 13. Chase Bank Savings Account  Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 14. Household Items | 500.00 | 0.00 | | 0.00 | FA |
| 15. Wearing Apparel | 150.00 | 0.00 | | 0.00 | FA |
| 16. 2 rifles 1 hand gun | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. 2002 Ford F150 219 K | 3,000.00 | 600.00 | | 0.00 | FA |
| 18. 1991 Jeep Cherokee 200K Miles not running | 500.00 | 500.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $88,800.00 | $82,500.00 | | $39,685.98 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Closing on property at 853-55 W. 72nd St., Chicago occurred on 4/26/17. Funds held in escrow have been refunded to Trustee. Review claims and file TFR.

Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-21369 | Trustee Name: KAREN R. GOODMAN |
| Case Name: PAUL MUHAMMAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3367 |
| | Checking |
| Taxpayer ID No: XX-XXX0181 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/17 | | Chicago Title and Trust Co.<br>820 Parkview Boulevard<br>Lombard, IL 60148 | Real estate sale per court order | | $5,883.97 | | $5,883.97 |
| | | | Gross Receipts $35,500.00 | | | | |
| | | | Seller Credit for Water and Sewer ($140.75) | 2500-000 | | | |
| | | | County Taxes 7/1/16 to 12/31/16 ($1,389.27) | 2820-000 | | | |
| | | | County Taxes 1/1/17 to 4/26/17 ($981.16) | 2820-000 | | | |
| | | | Commitment Update Fee to Chicago Title ($125.00) | 2500-000 | | | |
| | | | CPL Fee to Buyer to Chicago Title ($50.00) | 2500-000 | | | |
| | | | Escrow Fees to Chciago Title ($510.00) | 2500-000 | | | |
| | | | Open Item Tax Bill Payment Service Fee to Chicago Title ($75.00) | 2500-000 | | | |
| | | | Tax Payment Service Fee to Chicago Title ($50.00) | 2500-000 | | | |
| | | | Title Indemnity Fee to Chicago Title ($175.00) | 2500-000 | | | |
| | | | TI for 2015 Cook Co. Taxes to CTC-Transfer ($7,860.00) | 2500-000 | | | |
| | | | Owner's Title Insurance to Chicago Title ($1,190.00) | 2500-000 | | | |
| | | | City Transfer Tax to MYDEC Chicago Transfer Stamps ($106.50) | 2500-000 | | | |
| | | | County Transfer Tax to MYDEC Cook County Transfer Stamps ($17.75) | 2500-000 | | | |
| | | | State Transfer Tax to MYDEC Cook County Transfer Stamps ($35.50) | 2500-000 | | | |

| | | | Page Subtotals: | | $5,883.97 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-21369
Case Name: PAUL MUHAMMAD
Taxpayer ID No: XX-XXX0181
For Period Ending: 12/05/2017

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3367
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | 1st Installment 2016 Cook Co. Taxes to ACH Cook County Taxes - 6 months | ($1,748.94) | 2820-000 | | |
| | | | 2012 Open Item Tax Bill 2nd Installment ot Cook County Collector | ($1,639.21) | 2500-000 | | |
| | | | 2013 Open Item Tax Bill 1st Installment to Cook County Collector | ($2,321.97) | 2500-000 | | |
| | | | 2013 Open Item Tax Bill 2nd Installment to Cook County Collector | ($1,818.78) | 2500-000 | | |
| | | | 2014 Open Item Tax Bill 1st Installment to Cook County Collector | ($2,065.67) | 2500-000 | | |
| | | | 2014 Open Item Tax Bill 2nd Installment to Cook County Collector | ($1,677.32) | 2500-000 | | |
| | | | Commission to Sir Sid Realty, Ltd. | ($2,130.00) | 3510-000 | | |
| | | | Duplicate Tax Bill Fee to ACH Cook County Taxes | ($7.00) | 2500-000 | | |
| | | | Water Cert. R/I to Taft Stettinius & Hollister | ($3,381.21) | 2500-000 | | |
| | | | Zoning Cert R/I to Taft Stettinius & Hollister | ($120.00) | 2500-000 | | |
| | 3 | | 853-855 W 72nd, Chicago, IL | $35,500.00 | 1110-000 | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $5,873.97 |
| 06/28/17 | 3 | Chicago Title and Trust Company 10 South La Salle Street, Suite 2850 Chicago, IL 60603 | Payment of funds held in escrow from sale of 853-55 W. 72nd St., Chicago | | 1110-000 | $4,185.98 | | $10,059.95 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $10,049.95 |

Page Subtotals: $4,185.98   $20.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-21369 | Trustee Name: KAREN R. GOODMAN |
| Case Name: PAUL MUHAMMAD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3367 |
| | Checking |
| Taxpayer ID No: XX-XXX0181 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 12/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.94 | $10,035.01 |
| 11/16/17 | 101 | Karen R. Goodman<br>Taft Stettinius & Holliser LLP | Compensation to Trustee per Court Order dated November 15, 2017 | 2100-000 | | $800.00 | $9,235.01 |
| 11/16/17 | 102 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Compensation to Attorney for Trustee per Court Order of November 15, 2017 | 3110-000 | | $1,312.50 | $7,922.51 |
| 11/16/17 | 103 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Fees to Counsel for Trustee per Court Order dated November 15, 2017 | 3120-000 | | $232.44 | $7,690.07 |
| 11/16/17 | 104 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated November 15, 2017 | 3410-000 | | $500.00 | $7,190.07 |
| 11/16/17 | 105 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated November 15, 2017 | 3420-000 | | $24.40 | $7,165.67 |
| 11/16/17 | 106 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIRST DATA GLOBAL LEASING<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | First and Final Distribution for Claim No. 1 per court Order dated November 15, 2017 | 7100-000 | | $90.91 | $7,074.76 |
| 11/16/17 | 107 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO CAPITAL ONE, N.A.<br>POB 41067<br>NORFOLK, VA 23541 | First and Final Distribution for Claim No. 2 per court Order dated November 15, 2017 | 7100-000 | | $46.71 | $7,028.05 |
| 11/16/17 | 108 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | First and Final Distribution for Claim No. 3 per court Order dated November 15, 2017 | 7100-000 | | $508.28 | $6,519.77 |

| | | | | Page Subtotals: | $0.00 | $3,530.18 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-21369 | Trustee Name: | KAREN R. GOODMAN | |
| Case Name: | PAUL MUHAMMAD | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX3367 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0181 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 12/05/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/17 | 109 | CHICAGO PATROLMEN"S FEDERAL CREDIT UNION<br>TRUNKETT & TRUNKETT, P.C.<br>20 N. WACKER SUITE 1434<br>CHICAGO, IL 60606 | First and Final Distribution for Claim No. 4 per court Order dated November 15, 2017 | 7100-000 | | $6,196.87 | $322.90 |
| 11/16/17 | 110 | City of Chicago Department of Finance<br>Utility Billing & Cust<br>P.O. Box 6330<br>Chicago, IL 60680 | First and Final Distribution for Claim No. 6 per court Order dated November 15, 2017 | 7100-000 | | $311.48 | $11.42 |
| 11/16/17 | 111 | CARL WAHLSTROM MD<br>307 N MICHIGAN AVE SUITE 1008<br>CHICAGO, IL 60601-5310 | First and Final Distribution for Claim No. 7 per court Order dated November 15, 2017 | 7100-000 | | $11.42 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,069.95 | $10,069.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,069.95 | $10,069.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,069.95 | $10,069.95 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $6,519.77 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3367 - Checking | $10,069.95 | $10,069.95 | $0.00 |
|  | $10,069.95 | $10,069.95 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $29,616.03 |
| Total Net Deposits: | $10,069.95 |
| Total Gross Receipts: | $39,685.98 |